Kenneth I. Schacter
Derek Care
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022
Telephone: 212.705.7000
Facsimile: 212.752.5378
kenneth.schacter@bingham.com

*Attorneys for Defendant Ballet Jewels LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UT FREIGHT SERVICE (USA) LTD. and
UT FREIGHT FORWARDERS LTD.,

                         Plaintiffs,

       -against-

BALLET JEWELS LLC,

                         Defendant.

---

08 Civ._____

**RULE 7.1 STATEMENT**

'08 CIV 5002

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Ballet Jewels LLC states that it has no corporate parents, affiliates and/or subsidiaries that have any outstanding securities in the hands of the public, has no publicly held stock, and no publicly held company owns more than 10% of its stock.

Dated: New York, New York
       May 30, 2008

                                                **BINGHAM McCUTCHEN LLP**

                                                By: _____
                                                    Kenneth I. Schacter
                                                    Derek Care
                                                    399 Park Avenue
                                                    New York, NY 10022
                                                    Telephone: 212.705.7000
                                                    Facsimile: 212.752.5378
                                                    kenneth.schacter@bingham.com

                                                    *Attorneys for Defendant Ballet Jewels LLC*

A/72544034.1