UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BALLET JEWELS LLC,

        Plaintiff,

  -against-

UT FREIGHT SERVICE (USA) LTD. and
UT FREIGHT FORWARDERS LTD.,

        Defendants.

---

08 Civ 5002

ECF Case

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         ) ss:
COUNTY OF NEW YORK)

  LeVar Charles being duly sworn, deposes and says, that he is employed by the law firm of Bingham McCutchen LLP, is not a party to this action and is over the age of eighteen.

  On May 30, 2008, at approximately 3:45 p.m., deponent personally served the Notice of Removal, Civil Cover Sheet and SDNY ECF Rules upon the following:

      Michael Calano, Esq.
      Calano & Culhane, LLP
      370 Lexington Avenue, Suite 1200
      New York, New York 10017

Service was made by personal delivery.

                  */s/ LeVar Charles*
                  LeVar Charles
                  Proc. Lic. # 1194422

Sworn to before me
this 2nd day of June 2008.

*/s/ Paul Mapp*
PAUL MAPP
Notary Public, State of New York
No. 03-4950922
Qualified in New York County
Commission Expires May 8, 20__

A 70619324.1