UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UT FREIGHT SERVICE (USA) LTD. and<br>UT FREIGHT FORWARDERS LTD.,<br><br>         Plaintiffs,<br><br>  -against-<br><br>BALLET JEWELS LLC,<br><br>         Defendant. | 08 Civ 5002<br><br>ECF Case<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK )
         ) ss:
COUNTY OF NEW YORK)

  LeVar Charles being duly sworn, deposes and says, that he is employed by the law firm of Bingham McCutchen LLP, is not a party to this action and is over the age of eighteen.

  On May 30, 2008, at approximately 3:45 p.m., deponent personally served the Notice of Removal, Civil Cover Sheet and SDNY ECF Rules upon the following:

      Michael Calano, Esq.
      Calano & Culhane, LLP
      370 Lexington Avenue, Suite 1200
      New York, New York 10017

Service was made by personal delivery.

                   _____
                   LeVar Charles
                   Proc. Lic. # 1194422

Sworn to before me
this ___ day of June 2008.

_____
PAUL MAPP
Notary Public, State of New York
No. 03-4950922
Qualified in NEW YORK County
Commission Expires MAY 8, 2011

A/70619324.1